**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**JHONUS BROOKS**                                                **PLAINTIFF**

**VS**                                    **CIVIL ACTION NO. 3:25cv772-CWR-LGI**

**CITY OF JACKSON, ET AL**                                       **DEFENDANTS**

**DEFENDANTS HINDS COUNTY AND SHERIFF TYREE JONES'S**
**<u>MOTION TO DISMISS FOR FAILURE TO SERVE PROCESS</u>**

**NOW COME**, Defendants, Hinds County, Mississippi and Sheriff Tyree Jones, in his official capacity (hereinafter "the County Defendants"), by and through the undersigned and pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure and respectfully submits this their Motion to Dismiss as follows:

1. On October 10, 2025, Plaintiff Brooks filed suit against the City of Jackson, its Police Chief, Hinds County, Mississippi, and Hinds County Sheriff Tyree Jones, in his official capacity. Doc. 1. The Court issued summons on October 14, 2025. Docs. 2-3.

2. On November 7, 2025, Plaintiff's counsel submitted an affidavit stating that service of process was perfected against the County via certified mail, as purportedly evidenced by the attached, signed return receipt. Doc. 5.  Along with the Complaint and Rule 4 Summons, Plaintiff's counsel also attested that she served Interrogatories, Requests for Production, and Requests for Admission to the County via certified mail. Doc. 5.

3. The return receipt showed the signature of Kalyn Davis, a mail clerk for Hinds County. Doc. 5. To date, no authorized agent for the County, including Hinds County Chancery Clerk has been served a copy of the Complaint and Summons in person. ***See* Carr Aff., attached hereto as Ex. 1 to Mot. to Dismiss.**

4.   Inasmuch as Plaintiff had until January 8, 2026, in which to serve the County Defendants, and given that Plaintiff failed to comport with the requirements of Rule 4(j) of the Federal Rules of Civil Procedure or 4(d)(6) of the Mississippi Rules of Civil Procedure, the Court must dismiss the claims against Hinds County and Sheriff Jones.

5. The movants would further ask that the discovery that Plaintiff contends to have served along with the Complaint and Summons be struck and that the County Defendants be relieved from responding to the same.

6. Moreover, the movants would ask that they be excused from the requirements of the Rule 16 Order entered in this cause and that the telephonic case management conference set for January 21, 2026, be reset for a date following this Court's ruling on the subject Motion to Dismiss.

WHEREFORE, PREMISES CONSIDERED, Hinds County and Sheriff Jones respectfully request that the claims against them be dismissed for failure to serve process, that they be relieved from answering the discovery propounded by Plaintiff along with the improperly delivered process, and that the telephonic case management conference and all requirements of the Rule 16 Order entered in this cause be stayed until such time as the Court rules on this dispositive motion.

RESPECTFULLY SUBMITTED, this the 16th day of January, 2026.

JACKS GRIFFITH LUCIANO, P.A.

By: */s/ Jessica S. Malone*
Jessica S. Malone, MS Bar No.102826
Daniel J. Griffith, MS Bar No. 8366
Attorneys for Defendant Hinds County and
Sheriff Tyree Jones

2

Of Counsel:

JACKS GRIFFITH LUCIANO, P.A.
150 North Sharpe Avenue
P. O. Box 1209
Cleveland, MS 38732
Telephone: 662-843-6171
Fax: 662-843-6176
Email: jmalone@jlpalaw.com
        dgriffith@jlpalaw.com

## CERTIFICATE OF SERVICE

I, Jessica S. Malon, attorney of record for Defendants Hinds County, Mississippi and Sheriff Tyree Jones, in his official capacity, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Motion to Dismiss for Failure to State a Claim under Federal Rule of Civil Procedure 12(b)(5)* to be delivered by ECF Filing System which gave notice to the following counsel of record who have entered an appearance herein:

Megan Stuard Thornton, MS Bar No. 104104
Stuard Thornton Law Firm
P. O. Box 392
Magee, MS 39111
601-207-3434
Email: megan@stuardthornton.com
**Attorney for Plaintiff**

Jason L. Nabors-City Gov
Office of the City Attorney
455 East Capitol Street
Post Office Box 2779
Jackson, MS 39207-2779
Phone: (601) 960-8661
Fax: (601) 960-1756
Email: jnabors@jacksonms.gov
**Attorney for Defendant City of Jackson, MS and City of Jackson Police Chief, in his official capacity**

**DATED** this the 16th day of January, 2026.

/s/Jessica S. Malone
Jessica S. Malone

3