IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JHONUS BROOKS**                                                                 **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO. 3:25cv772-CWR-LGI**

**CITY OF JACKSON, ET AL**                                                  **DEFENDANTS**

### AFFIDAVIT OF HINDS COUNTY CHANCERY CLERK EDDIE JEAN CARR

**PERSONALLY APPEARED BEFORE ME**, the undersigned authority in aforesaid state and county, Eddie Jean Carr, who after being first duly sworn on oath, did state:

1. My name is Eddie Jean Carr. I am over eighteen years of age, and I am a resident of Hinds County, Mississippi.

2. I currently serve as the duly-elected Chancery Clerk of Hinds County, Mississippi, and I served in that capacity in November 2025.

3. As part of my state constitutional and statutory duties, I am the clerk to the Hinds County Board of Supervisors. As the chancery clerk, I serve as an authorized agent for acceptance of service of process on behalf of Hinds County and its Board of Supervisors.

4. I have reviewed the attached certified mail return receipt, dated November 5, 2025, and addressed to the Hinds County/Board of Supervisors Clerk, which was filed along with an affidavit from Megan Thornton in the above-styled *Jhonus Brooks v. City of Jackson, et al.,* Civil Action Number 3:25cv772-CWR-LGI in the United States District Court for the Southern District of Mississippi at Docket Number 5. *See attached* Ex. A, Certified Mail Return Receipt.

5. The signature found on the attached return receipt is that of Kalyn Davis. In November 2025, Ms. Davis was not employed in the Hinds County Chancery Clerk's Office. Ms. Davis is not, nor has she ever been, designated by me as a deputy clerk in the Hinds County Chancery Clerk's Office or designated by Hinds County or its Board of Supervisors to serve in any administrative or clerical capacity on behalf of the County or its Board.

6. Upon information and belief, Ms. Davis is employed by Hinds County in the mail room to distribute mail.

7. Upon my oath, she has never been designated as an agent for service of process on behalf of the County by either myself or any other Hinds County official.

8. I was never served a copy of the Complaint or accompanying discovery requests in *Brooks v. City of Jackson, et al.*, nor to my knowledge was any member of the Hinds County Board of Supervisors served with a copy of the Complaint and accompanying discovery requests.

Further the affiant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____

**EDDIE JEAN CARR**

SUBSCRIBED AND SWORN before me this 16th day of January, 2026.

_____
Notary Public

My commission expires: March 18, 2029

**SENDER: COMPLETE THIS SECTION**

- ■ Complete Items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hinds County Board
of Supervisors clerk
316 S. President ST.
Jackson, MS 39201

9590 9402 8213 3030 0737 50

2. Article Number
9589 0710 5270 1584 1546 98

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Kalyn Davis    11.05.25

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect ... ery
☐ ... ry Restricted Delivery
☐ Insured Mail Restricted Delivery (over $50 )

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

JACKSON MS 390

9590 9402 8213 3030 0737 50

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Stuart Thornton LawFirm
124 Main Ave N.
Magee, MS 39111

i—353424



**EXHIBIT**

A